AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>CRISTINA BRIONES and<br>TANYA ETHRIDGE<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)        3:22-mj-89<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 9, 2022 to July 11, 2022__ in the county of __Muscatine__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 846, 841(a)(1), (b)(1)(A) | Conspiracy to possess with intent to distribute controlled substances (50 grams and more of actual methamphetamine and 500 grams of mixtures containing methamphetamine) |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryce Husak, United States Postal Inspector
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: __07/14/2022__

_____
*Judge's signature*

City and state: __Davenport, IA__

Stephen B. Jackson, Jr., U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
4:16 pm, Jul 14 2022

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

UNITED STATES OF AMERICA        )
                                ) ss
SOUTHERN DISTRICT OF IOWA       )

      Your affiant, Bryce S. Husak, Postal Inspector, U.S. Postal Inspection Service, being duly sworn on oath, do depose and state as follows:

### Background

      1.    I have been a duly authorized Postal Inspector of the U.S. Postal Inspection Service since September 2016. From March 2014 through September 2016, I was a Special Agent with the United States Postal Service Office of Inspector General. From October 2009 through March 2014, I was a Special Agent with the United States Secret Service. I have participated in numerous search warrants of packages and structures suspected of containing narcotics, records of drug dealing, and controlled substances. I have also received training in the investigation of controlled substances or proceeds/payments being transported through the United States Mails. As part of my duties as a Postal Inspector, I investigate crimes involving the United States Mail including Title 21, United States Code, Sections 841(a)(1), possession with intent to distribute a controlled substance, 843(b), use of a communications facility to facilitate the distribution of a controlled substance, and 846, conspiracy.

      2.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other witnesses. This affidavit is intended to show merely that there is sufficient probable cause to believe Tanya ETHRIDGE and Cristina BRIONES conspired to distribute methamphetamine, a Schedule I controlled substance, in violation of violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), as alleged in this Complaint, and does not set forth all of my knowledge about this matter.

### Confidential Source

      3.    The investigation described below involved the use of a confidential source, referred to as CS1. CS1 has a criminal history that includes state court convictions for theft, intoxication, child endangerment (no injury), burglary, and driving while barred. At the time of CS1's cooperation, CS1 was hoping to receive consideration for charges related to 21 U.S.C. 841(a)(1), possession with intent to distribute a controlled substance.



FILED
By: Clerk's Office, Southern District of Iowa
4:17 pm, Jul 14 2022

4. Information provided by CS1 to law enforcement has been corroborated, and CS1 is deemed by the investigating agents, including myself, to be reliable.

## Probable Cause

5. On May 9, 2022, a USPS Express Mail parcel bearing tracking number EI380741347US was mailed from the Delano, CA Post Office (93215) addressed (as written) to MCKENZI BELLNAP, 1403 Oak Street, Muscatine, IA 52761, with a return address (as written) to DONOVAN MCWVIENE, 2319 Withley, Corcoran, CA 93212, bearing $53.30 in postage.

6. On May 11, 2022, a search warrant was signed by United States Magistrate Judge Stephen B. Jackson, Jr. in the Southern District of Iowa for the previously mentioned parcel bearing USPS tracking number EI380741347US.

7. Later, on May 11, 2022, upon execution of the search warrant, approximately 502 grams of a white crystalline substance that field tested positive for methamphetamine was located in parcel EI380741347US. All of the purported methamphetamine was removed from the parcel other than approximately 1 ounce, which was repackaged within the parcel with a quantity of rock salt which was used to create a bundle similarly shaped as to that of the entire 502 grams originally located within the parcel.

8. On May 12, 2022, a controlled delivery of parcel EI380741347US was conducted at 1403 Oak Street, Muscatine, IA 52761. Soon after delivery, BRIONES came and took the parcel from the front doorstep into the residence. A Muscatine County search warrant was executed on the residence and located within was parcel EI380741347US along with other drug paraphernalia.

9. At the time of the execution of the search warrant at 1403 Oak Street, Muscatine, IA 52761, CS1 was located within the residence. Among other things, CS1 admitted ordering the methamphetamine from a source in CA. CS1 stated that BRIONES was aware of the methamphetamine being delivered to the residence and that she knew who the methamphetamine was sent by in CA.

10. BRIONES was interviewed on May 12, 2022 and admitted parcel EI380741347US would contain methamphetamine. She admitted that she had orchestrated a plan with Tadd MACHOVICH to rob CS1 of the methamphetamine when it was received. BRIONES further acknowledged that she knew the name of the person in CA who had sent the methamphetamine.

11. It should be noted that the purported methamphetamine located within EI380741347US was sent to the USPIS lab on May 13, 2022. It was determined that the net weight of the material was 440.15 grams of a 97.5% purity d-methamphetamine hydrochloride.

12. On June 23, 2022, BRIONES contacted me and stated that she had been approached by her best friend ETHRIDGE inquiring about a debt owed to individuals in CA for methamphetamine and marijuana that had been sent to CS1.

13. On June 28. 2022, a USPS Priority Mail parcel bearing tracking number 9505513187582179278146 was mailed from the Delano, CA Post Office (93215) addressed (as written), to Star Campos, 1112 East 8th Street, Muscatine, IA 52761, with a return address (as written) to Joel Garcia, 904 Lexington Ave, Delano, CA 93215, bearing $16.10 in postage.

14. On June 30, 2022, a search warrant was signed by United States Magistrate Judge Stephen B. Jackson, Jr. in the Southern District of Iowa for the previously mentioned parcel bearing USPS tracking number 9505513187582179278146.

15. Later, on June 30, 2022, upon execution of the search warrant, approximately 766 grams of a white crystalline substance that field tested positive for methamphetamine was located in parcel 9505513187582179278146. All of the purported methamphetamine was removed from the parcel other than approximately 74 grams, which was repackaged within the parcel with a quantity of rock salt which was used to create a bundle similar in shape and weight as to that of the entire 766 grams originally in the parcel.

16. On July 1, 2022, dressed as a USPS Mail Carrier, I delivered the parcel bearing USPS tracking number 9505513187582179278146 to the mailbox section of the delivery address apartment complex. After delivery, in summary, Gina HENDRIX came down from her apartment, later identified as Apartment B, and examined the parcel. HENDRIX eventually took the parcel up the apartment stairs and left the box outside the landing of her apartment. It should be noted that the stairs and landing provide access to tenants of Apartment B only.

17. A Muscatine County search warrant was executed on 1112 East 8th Street, Apartment B, Muscatine, IA 52761. Located during the search was parcel 9505513187582179278146, along with other drug paraphernalia.

18. HENDRIX was interviewed and stated that parcel 9505513187582179278146, and the contents within, were for ETHRIDGE. HENDRIX stated that this was the third time a parcel had been sent to her residence and that on each previous occasion, she would take the parcel directly to ETHRIDGE. HENDRIX stated she knew the contents of the boxes she was receiving for ETHRIDGE contained "Something illegal."

19. During the interview with HENDRIX, several phone calls were made to HENDRIX from a number identified by HENDRIX as ETHRIDGE's, 563-260-3862. Per subpoena results from US Cellular, that phone number is subscribed to ETHRIDGE. During the overheard and recorded phone conversations, ETHRIDGE asked HENDRIX about the package, such as where it was, if it was carried inside, and that she was worried about picking it up. ETHRIDGE stated she didn't feel comfortable picking up the package until after dark and even stated she may send someone to pick it up for her. The parcel was seized and ETHRIDGE was not given an opportunity to pick up the parcel.

## Conclusion

20. Based on the facts set forth in this affidavit, I submit there is probable cause to believe that Tanya ETHRIDGE and Cristina BRIONES have committed the crime of conspiracy to distribute and possess with intent to distribute 50 grams and more of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A).

Bryce Husak
U.S. Postal Inspector

Sworn to before me by telephone or other reliable electronic means on this the 14th day of July, 2022.

Stephen B. Jackson Jr.
United States Magistrate Judge
Southern District of Iowa